Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>SRC-12-902-71216 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
| RECEIPT DATE<br>May 10, 2012 | PRIORITY DATE<br>April 26, 2012 | PETITIONER<br>SONALI EXCHANGE CO INC |
| NOTICE DATE<br>July 2, 2012 | PAGE<br>1 of 1 | BENEFICIARY A204 085 068<br>RAHMAN, MD ATAUR |

| | |
|---|---|
| SONALI EXCHANGE CO INC<br>C/O MOHAMMED SHADAT HOSSAIN CORPORATE<br>211 E 43RD ST STE 1503<br>NEW YORK NY 10017 | **Notice Type:** Approval Notice<br>Section: Multi-national Executive or<br>Manager, Sec.203(b)(1)(C) |

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the authorized representative. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The person this petition is for will be notified separately when a decision is reached on his or her pending adjustment of status application.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE   TX   75185-1488
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| NOTICE TYPE<br>Receipt | NOTICE DATE<br>May 10, 2012 |
| --- | --- |
| CASE TYPE<br>I-485, Application to Register Permanent Residence or Adjust Status | USCIS ALIEN NUMBER<br>A204085067 |
| RECEIPT NUMBER<br>SRC1290271213 | RECEIVED DATE<br>April 26, 2012 | PAGE<br>1 of 1 |
| PRIORITY DATE<br>April 26, 2012 | PREFERENCE CLASSIFICATION | DATE OF BIRTH<br>January 01, 1965 |

**PAYMENT INFORMATION:**

AKTER BANU
41 44 72ND ST 2ND FL
WOODSIDE, NY 11377

4    554

| Application/Petition Fee: | $985.00 |
| --- | --- |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,070.00 |
| Total Balance Due: | $0.00 |

|րրուլիկիկիկ•կայլիիկիկիկիկիկիկ•կիկայլի|

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The above application/petition has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| USCIS Office Address: | USCIS Customer Service Number: |
| --- | --- |
| USCIS<br>Texas Service Center<br>P.O. Box 851488<br>Mesquite, TX  75185-1488 | (800)375-5283<br>APPLICANT COPY<br> |

Form I-797C Lockbox (LB)  01/02/12 Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | May 23, 2012 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | A204093622 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| SRC1290282271 | May 21, 2012 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| May 21, 2012 | | March 18, 1996 |

**PAYMENT INFORMATION:**

NAFIUL JAMI
41 44 72ND ST 2ND FL
WOODSIDE, NY 11377

3  346

| Application/Petition Fee: | $985.00 |
|---|---|
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,070.00 |
| Total Balance Due: | $0.00 |

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

---

The above application/petition has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

---

| **USCIS Office Address:** | **USCIS Customer Service Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | APPLICANT COPY |
| P.O. Box 851488 | |
| Mesquite, TX 75185-1488 |  |

Form I-797C Lockbox (LB)  01/02/12 Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | May 23, 2012 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | | A204093621 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| SRC1290282269 | May 21, 2012 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| May 21, 2012 | | August 09, 2001 |

PAYMENT INFORMATION:

ATIKA FARIHA
41 44 72ND ST 2ND FL
WOODSIDE, NY 11377

3   345

| Application/Petition Fee: | $635.00 |
|---|---|
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $635.00 |
| Total Balance Due: | $0.00 |

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The above application/petition has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | APPLICANT COPY |
| P.O. Box 851488 |  |
| Mesquite, TX 75185-1488 | |

Form I-797C Lockbox (LB)  01/02/12 Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | | APPLICATION NUMBER<br>SRC1290271217 | | NOTICE DATE<br>7/16/2012 |
|---|---|---|---|---|
| CASE TYPE<br>I485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A#<br>A204085068 | CODE<br>3 |
| | | TCR | SERVICE CENTER<br>TSC | PAGE<br>1 of 1 |

MD ATAUR RAHMAN
41 44 72ND ST 2ND FL
WOODSIDE, NY 11377



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | |
|---|---|
| USCIS - WOODSIDE<br>27-35 Jackson Avenue<br>LONG ISLAND CITY, NY 11101 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**<br><br>**DATE AND TIME OF APPOINTMENT**<br>08/13/2012<br>8:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.**  Applicants must bring their Permanent Resident Card/Resident Alien Card, or a passport, driver's license,
   national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice.  Make a copy of this notice
for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA
22309-1586

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS Q4 REVIEW BY:
ON
TENPRINTS Q4 REVIEW BY:
ON

APPLICATION NUMBER
I485    -    SRC1290271217

If you have any questions regarding this notice, please call **1-800-375-5283.**

**WARNING:**  *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing
the biometrics worksheet should accompany you.  If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your
appointment if it is determined your injuries will interfere with taking your biometrics.*

Please see the back of this notice for important information.

Form I-797C  01/02/12 Y

U.S. Department of Homeland Security
P. O. BOX 851488 · DEPT. A
TEXAS SERVICE CENTER
MESQUITE, TX 75185



**U.S. Citizenship and
Immigration Services**

Thursday, July 11, 2013

MD ATAUR RAHMAN
41 44 72ND ST 2ND FL
WOODSIDE NY 11377

Dear Md Ataur Rahman:

On 07/02/2013 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Silberzweig, Barry |
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | SILBERZWEIG, BARRY |
| **Case type:** | I485 |
| **Filing date:** | 04/26/2012 |
| **Receipt #:** | SRC-12-902-71217 |
| **Referral ID:** | WKD1831300315TSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A204085068 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

We have received your service request and researched the status of your case. Our system indicates that your case is currently under extended review and this has caused a delay in processing time. We do not require any actions from you at this time.

XM1268
-----------------------------------

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

For More Information
If you need further assistance, you may contact our National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

U.S. CIS · 07-11-2013 01:51 PM CDT · SRC-12-902-71217

U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE, TX 75185



## U.S. Citizenship and Immigration Services

Saturday, November 16, 2013

MD ATAUR RAHMAN
41 44 72ND ST 2ND FL
WOODSIDE NY 11377

Dear Md Ataur Rahman:

On 11/07/2013 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Silberzweig, Barry |
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | SILBERZWEIG, BARRY |
| **Case type:** | I485 |
| **Filing date:** | 04/26/2012 |
| **Receipt #:** | SRC-12-902-71217 |
| **Referral ID:** | T1D3111300225TSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A204085068 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

We have received your service request and researched the status of your case. Our system indicates that your case is currently under extended review and this has caused a delay in processing time. We do not require any actions from you at this time.

XM1298
------------------------------------

Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

U.S. CIS - 11-16-2013 10:20 AM CST - SRC-12-902-71217

For More Information

If you do not find the information you need through our online services and need further assistance, you may contact our National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

LAW OFFICES OF

# Jan Allen Reiner

291 Broadway, Suite 1407
New York, NY 10007
TEL: (212) 925-1919
FAX: (212) 941-5975
Email: ja.reiner@janallenreiner.com
www.janallenreiner.com

**VIA FEDERAL EXPRESS**

April 20, 2015

Service Center Director
U.S. Citizenship and Immigration Services
Texas Service Center
4141 North St. Augustine Road
Dallas, TX 75227

RE:    Escalation of Pending I-485 for Md Ataur RAHMAN,
A 204 085 068     SRC 12 902 71217

Derivatives:   Fariha Atika,    A 204 093 621
Nafiul Jami,     A 204 093 622
Akter Banu,    A 204 085 067

Dear Center Director:

     I have been retained by Mr. Md Ataur Rahman to represent him in connection with his pending I-485, Application to Adjust Status, as well as by Mr. Rahman's derivative relatives in their pending I-485, Applications to Adjust Status. (Forms G-28 enclosed).

     Mr. Rahman and his derivative wife and children seek to adjust their status on the basis of an I-140 petition in the EB-1 category which was filed on April 26, 2012 and approved on July 2, 2012. As Mr. Rahman and his family's I-485 Applications to Adjust Status were filed concurrently with the I-140 petition on April 26, 2012, these applications have been pending for nearly three years, and have remained pending following the approval of the I-140 petition for two years and nine months.

USCIS's most recently published processing times state that the Texas Service Center is processing employment-based I-485 Applications to Adjust Status that have been filed on or before August 25, 2014; therefore, this case is two years and four months outside of normal processing times. Mr. Rahman's former counsel contacted U.S. Citizenship and Immigration Services three times on July 2, 2013, November 6, 2013, and May 8, 2014, respectively; however, no action has been taken on these cases and they remain pending. Therefore, it is respectfully requested that Mr. Rahman and his family's I-485 Applications to Adjust Status be adjudicated as soon as possible.

Enclosed, please find signed G-28s by Mr. Rahman, his wife Banu Akter, and his children Fariha Atika and Nafiul Jami. Please enter these G-28s into your system so I may be recognized as the attorney of record for these matters for all future contact with the U.S. Citizenship and Immigration Service.

Sincerely,

Jan Allen Reiner, Esq.
Law Offices of Jan Allen Reiner

Enclosed:     G-28 for Md Ataur RAHMAN, A 204 085 068
              G-28 for Fariha Atika, A 204 093 621
              G-28 for Nafiul Jami, A 204 093 622
              G-28 for Akter Banu, A 204 085 067
              Printout of USCIS Processing Times for Texas Service Center
              USCIS Confirmation for 7/2/2013 call from former attorney
              USCIS Confirmation for 11/7/2013 call from former attorney
              USCIS Confirmation for 5/8/2014 call from former attorney

2



## Notice of Entry of Appearance
## as Attorney or Accredited Representative
Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 02/29/2016

| Part 1. Information About Attorney or Accredited Representative | Part 2. Eligibility Information For Attorney or Accredited Representative |
|---|---|

**Name and Address of Attorney or Accredited Representative**

| | | |
|---|---|---|
| 1.a. | Family Name (Last Name) | Reiner |
| 1.b. | Given Name (First Name) | Jan |
| 1.c. | Middle Name | Allen |
| 2. | Name of Law Firm or Recognized Organization | Law Offices of Jan Allen Reiner |
| 3. | Name of Law Student or Law Graduate | |
| 4. | State Bar Number | 1308816 |
| 5.a. | Street Number | 291 |
| 5.b. | Street Name | Broadway |
| 5.c. | Apt. ☐  Ste. ☒  Flr. ☐ | 1407 |
| 5.d. | City or Town | New York |
| 5.e. | State | NY |
| 5.f. | Zip Code | 10007 |
| 5.g. | Postal Code | |
| 5.h. | Province | |
| 5.i. | Country | United States |
| 6. | Daytime Phone Number ( 2 1 2 ) 9 2 5 - 1 9 1 9 | |
| 7. | E-Mail Address of Attorney or Accredited Representative | ja.reiner@janallenreiner.com |

**(Check applicable items(s) below)**

1. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following State(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia.

   1.a. New York

   1.b. I (choose one) ☒ am not ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. ( If you are subject to any order(s), explain fully in the space below.)

   1.b.1.

2. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals pursuant to 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

   2.a. Name of Recognized Organization

   2.b. Date Accreditation expires
   *(mm/dd/yyyy)* ▶

3. ☐ I am associated with

   3.a.

   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request. If you check this item, also complete number 1 (1.a. - 1.b.1.) or number 2 (2.a. - 2.b.) in Part 2 *(whichever is appropriate)*.

4. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).



## Part 3. Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before (select one):

1. ☒ USCIS - List the form number(s)

1.a. I-140 and I-485

2. ☐ ICE - List the specific matter in which appearance is entered

2.a.

3. ☐ CBP - List the specific matter in which appearance is entered

3.a.

I hereby enter my appearance as attorney or accredited representative at the request of:

4. Select only one: ☒ Applicant   ☐ Petitioner
☐ Respondent (ICE, CBP)

Name of Applicant, Petitioner, or Respondent

5.a. Family Name
(Last Name)  Rahman

5.b. Given Name
(First Name)  MD Ataur

5.c. Middle Name

5.d. Name of Company or Organization, if applicable

NOTE: Provide the mailing address of Petitioner, Applicant, or Respondent and not the address of the attorney or accredited representative, except when a safe mailing address is permitted on an application or petition filed with Form G-28.

6.a. Street Number
and Name  41-44 72nd Street

6.b. Apt. ☐  Ste. ☐  Flr. ☒  2

6.c. City or Town  Woodside

6.d. State  NY   6.e. Zip Code  11377

7. Provide A-Number and/or Receipt Number

204 085 068

Pursuant to the Privacy Act of 1974 and DHS policy, I hereby consent to the disclosure to the named Attorney or Accredited Representative of any record pertaining to me that appears in any system of records of USCIS, ICE, or CBP.

8.a. Signature of Applicant, Petitioner, or Respondent

8.b. Date   (mm/dd/yyyy) ▶ 12/01/2014

## Part 4. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

2. Signature of Law Student or Law Graduate

3. Date   (mm/dd/yyyy) ▶ 12-1-2014

## Part 5. Additional Information

1.



**Notice of Entry of Appearance
as Attorney or Accredited Representative**
Department of Homeland Security

**DHS
Form G-28**
OMB No. 1615-0105
Expires 02/29/2016

| **Part 1. Information About Attorney or Accredited Representative** | **Part 2. Eligibility Information For Attorney or Accredited Representative** |
|---|---|

**Part 1. Information About Attorney or Accredited Representative**

Name and Address of Attorney or Accredited Representative

1.a. Family Name *(Last Name)*  Reiner

1.b. Given Name *(First Name)*  Jan

1.c. Middle Name  Allen

2. Name of Law Firm or Recognized Organization
Law Offices of Jan Allen Reiner

3. Name of Law Student or Law Graduate

4. State Bar Number  1308816

5.a. Street Number  291

5.b. Street Name  Broadway

5.c. Apt. ☐  Ste. ☐  Flr. ☒   1407

5.d. City or Town  New York

5.e. State  NY   5.f. Zip Code  10007

5.g. Postal Code

5.h. Province

5.i. Country
United States

6. Daytime Phone Number ( 2 1 2 ) 9 2 5 - 1 9 1 9

7. E-Mail Address of Attorney or Accredited Representative
ja.reiner@janallenreiner.com

**Part 2. Eligibility Information For Attorney or Accredited Representative**

(Check applicable items(s) below)

1. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following State(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia.

   1.a. New York

   1.b. I *(choose one)* ☒ am not ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. (If you are subject to any order(s), explain fully in the space below.)

   1.b.1.

2. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals pursuant to 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

   2.a. Name of Recognized Organization

   2.b. Date Accreditation expires
   *(mm/dd/yyyy)* ▶

3. ☐ I am associated with

   3.a.

   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request. If you check this item, also complete number 1 (1.a. - 1.b.1.) or number 2 (2.a. - 2.b.) in Part 2 *(whichever is appropriate)*.

4. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).



**Part 3. Notice of Appearance as Attorney or Accredited Representative**

This appearance relates to immigration matters before (select one):

1.  ☒ USCIS - List the form number(s)

1.a. | I-485 |

2.  ☐ ICE - List the specific matter in which appearance is entered

2.a. | |

3.  ☐ CBP - List the specific matter in which appearance is entered

3.a. | |

I hereby enter my appearance as attorney or accredited representative at the request of:

4.  Select only one:  ☒ Applicant   ☐ Petitioner
                      ☐ Respondent (ICE, CBP)

**Name of Applicant, Petitioner, or Respondent**

5.a. Family Name (*Last Name*) | Fariha |

5.b. Given Name (*First Name*) | Atika |

5.c. Middle Name | |

5.d. Name of Company or Organization, if applicable | |

NOTE: Provide the mailing address of Petitioner, Applicant, or Respondent and not the address of the attorney or accredited representative, except when a safe mailing address is permitted on an application or petition filed with Form G-28.

6.a. Street Number and Name | 41-44 72nd Street |

6.b. Apt. ☐ Ste. ☐ Flr. ☒ | 2 |

6.c. City or Town | Woodside |

6.d. State | NY |  6.e. Zip Code | 11377 |

7.  Provide A-Number and/or Receipt Number
    | 204 093 621 |

Pursuant to the Privacy Act of 1974 and DHS policy, I hereby consent to the disclosure to the named Attorney or Accredited Representative of any record pertaining to me that appears in any system of records of USCIS, ICE, or CBP.

8.a. Signature of Applicant, Petitioner, or Respondent
     | *(signature)* |

8.b. Date (*mm/dd/yyyy*) ▶ | 12/01/2014 |

**Part 4. Signature of Attorney or Accredited Representative**

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1.  Signature of Attorney or Accredited Representative
    | *(signature)* |

2.  Signature of Law Student or Law Graduate
    | |

3.  Date (*mm/dd/yyyy*) ▶ | 12-1-2014 |

**Part 5. Additional Information**

1.  _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____



Notice of Entry of Appearance
as Attorney or Accredited Representative
Department of Homeland Security

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 02/29/2016

| **Part 1. Information About Attorney or Accredited Representative** | **Part 2. Eligibility Information For Attorney or Accredited Representative** |
|---|---|

**Name and Address of Attorney or Accredited Representative**

1.a. Family Name *(Last Name)*   Reiner

1.b. Given Name *(First Name)*   Jan

1.c. Middle Name   Allen

2. Name of Law Firm or Recognized Organization
   Law Offices of Jan Allen Reiner

3. Name of Law Student or Law Graduate

4. State Bar Number   1308816

5.a. Street Number   291

5.b. Street Name   Broadway

5.c. Apt. ☐  Ste. ☒  Flr. ☐   1407

5.d. City or Town   New York

5.e. State   NY   5.f. Zip Code   10007

5.g. Postal Code

5.h. Province

5.i. Country
   United States

6. Daytime Phone Number ( 2 1 2 ) 9 2 5 - 1 9 1 9

7. E-Mail Address of Attorney or Accredited Representative
   ja.reiner@janallenreiner.com

*(Check applicable items(s) below)*

1. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following State(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia.

   1.a. New York

   1.b. I *(choose one)* ☒ am not ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law. (If you are subject to any order(s), explain fully in the space below.)

   1.b.1.

2. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals pursuant to 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

   2.a. Name of Recognized Organization

   2.b. Date Accreditation expires *(mm/dd/yyyy)* ▶

3. ☐ I am associated with

   3.a.

   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request. If you check this item, also complete number 1 (1.a. - 1.b.1.) or number 2 (2.a. - 2.b.) in Part 2 *(whichever is appropriate)*.

4. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).

**Part 3. Notice of Appearance as Attorney or Accredited Representative**

This appearance relates to immigration matters before (select one):

1. ☒ USCIS - List the form number(s)

   1.a. I-485

2. ☐ ICE - List the specific matter in which appearance is entered

   2.a.

3. ☐ CBP - List the specific matter in which appearance is entered

   3.a.

I hereby enter my appearance as attorney or accredited representative at the request of:

4. Select only one: ☒ Applicant   ☐ Petitioner
   ☐ Respondent (ICE, CBP)

**Name of Applicant, Petitioner, or Respondent**

5.a. Family Name *(Last Name)*   Jami

5.b. Given Name *(First Name)*   Nafiul

5.c. Middle Name

5.d. Name of Company or Organization, if applicable

NOTE: Provide the mailing address of Petitioner, Applicant, or Respondent and not the address of the attorney or accredited representative, except when a safe mailing address is permitted on an application or petition filed with Form G-28.

6.a. Street Number and Name   41-44 72nd Street

6.b. Apt. ☐   Ste. ☐   Flr. ☒   2

6.c. City or Town   Woodside

6.d. State   NY   6.e. Zip Code   11377

7. Provide A-Number and/or Receipt Number

   204 093 622

Pursuant to the Privacy Act of 1974 and DHS policy, I hereby consent to the disclosure to the named Attorney or Accredited Representative of any record pertaining to me that appears in any system of records of USCIS, ICE, or CBP.

8.a. Signature of Applicant, Petitioner, or Respondent

   *Nafiul Jami*

8.b. Date   *(mm/dd/yyyy)* ▶ 12·02·2014

**Part 4. Signature of Attorney or Accredited Representative**

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

2. Signature of Law Student or Law Graduate

3. Date   *(mm/dd/yyyy)* ▶ 12/3/2014

**Part 5. Additional Information**

1.



## Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

DHS
Form G-28
OMB No. 1615-0105
Expires 02/29/2016

| Part 1. Information About Attorney or Accredited Representative | Part 2. Eligibility Information For Attorney or Accredited Representative |
|---|---|

**Name and Address of Attorney or Accredited Representative**

**(Check applicable items(s) below)**

| | | |
|---|---|---|
| 1.a. | Family Name *(Last Name)* | Reiner |
| 1.b. | Given Name *(First Name)* | Jan |
| 1.c. | Middle Name | Allen |
| 2. | Name of Law Firm or Recognized Organization | Law Offices of Jan Allen Reiner |
| 3. | Name of Law Student or Law Graduate | |
| 4. | State Bar Number | 1308816 |
| 5.a. | Street Number | 291 |
| 5.b. | Street Name | Broadway |
| 5.c. | Apt. ☐  Ste. ☒  Flr. ☐ | 1407 |
| 5.d. | City or Town | New York |
| 5.e. | State | NY |
| 5.f. | Zip Code | 10007 |
| 5.g. | Postal Code | |
| 5.h. | Province | |
| 5.i. | Country | United States |
| 6. | Daytime Phone Number ( 2 1 2 ) 9 2 5 - 1 9 1 9 | |
| 7. | E-Mail Address of Attorney or Accredited Representative | ja.reiner@janallenreiner.com |

1. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest court(s) of the following State(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia.

   1.a. New York

   1.b. I *(choose one)* ☒ am not ☐ am subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law . (If you are subject to any order(s), explain fully in the space below.)

   1.b.1.

2. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States, so recognized by the Department of Justice, Board of Immigration Appeals pursuant to 8 CFR 292.2. Provide the name of the organization and the expiration date of accreditation.

   2.a. Name of Recognized Organization

   2.b. Date Accreditation expires *(mm/dd/yyyy)* ▶

3. ☐ I am associated with

   3.a.

   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative is at his or her request. If you check this item, also complete number 1 (1.a. - 1.b.1.) or number 2 (2.a. - 2.b.) in Part 2 *(whichever is appropriate)*.

4. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2)(iv).



## Part 3. Notice of Appearance as Attorney or Accredited Representative

This appearance relates to immigration matters before (select one):

1. ☒ USCIS - List the form number(s)

1.a. `I-485`

2. ☐ ICE - List the specific matter in which appearance is entered

2.a. 

3. ☐ CBP - List the specific matter in which appearance is entered

3.a. 

I hereby enter my appearance as attorney or accredited representative at the request of:

4. Select only one: ☒ Applicant   ☐ Petitioner
   ☐ Respondent (ICE, CBP)

**Name of Applicant, Petitioner, or Respondent**

5.a. Family Name *(Last Name)* `Banu`

5.b. Given Name *(First Name)* `Akter`

5.c. Middle Name 

5.d. Name of Company or Organization, if applicable 

NOTE: Provide the mailing address of Petitioner, Applicant, or Respondent and not the address of the attorney or accredited representative, except when a safe mailing address is permitted on an application or petition filed with Form G-28.

6.a. Street Number and Name `41-44 72nd Street`

6.b. Apt. ☐ Ste. ☐ Flr. ☒ `2`

6.c. City or Town `Woodside`

6.d. State `NY`   6.e. Zip Code `11377`

7. Provide A-Number and/or Receipt Number

`204 085 067`

Pursuant to the Privacy Act of 1974 and DHS policy, I hereby consent to the disclosure to the named Attorney or Accredited Representative of any record pertaining to me that appears in any system of records of USCIS, ICE, or CBP.

8.a. Signature of Applicant, Petitioner, or Respondent

*Akter Banu*

8.b. Date   *(mm/dd/yyyy)* ▶ `12/01/2014`

## Part 4. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before the Department of Homeland Security. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. Signature of Attorney or Accredited Representative

2. Signature of Law Student or Law Graduate

3. Date   *(mm/dd/yyyy)* ▶ `12/1/2014`

## Part 5. Additional Information

1. 

Form G-28  02/28/13  N

LAW OFFICES OF

# Jan Allen Reiner

291 Broadway, Suite 1407
New York, NY 10007
TEL: (212) 925-1919
FAX: (212) 941-5975
Email: ja.reiner@janallenreiner.com
www.janallenreiner.com

<u>VIA FEDERAL EXPRESS</u>

August 20, 2015

Service Center Director
U.S. Citizenship and Immigration Services
Texas Service Center
4141 North St. Augustine Road
Dallas, TX 75227

RE:    **Escalation of Pending I-485 for Md Ataur RAHMAN,**
        **A 204 085 068     SRC 12 902 71217**

        Derivatives:    Fariha Atika,     A 204 093 621
                          Nafiul Jami,     A 204 093 622
                          Akter Banu,     A 204 085 067

Dear Center Director:

      I have been retained by Mr. Md Ataur Rahman to represent him in connection with his pending I-485, Application to Adjust Status, as well as by Mr. Rahman's derivative relatives in their pending I-485, Applications to Adjust Status.  (Forms G-28 previously submitted and on file).

      Mr. Rahman and his derivative wife and children seek to adjust their status on the basis of an I-140 petition in the EB-1 category which was filed on April 26, 2012 and approved on July 2, 2012.  As Mr. Rahman and his family's I-485 Applications to Adjust Status were filed concurrently with the I-140 petition on April 26, 2012, these applications have been pending for nearly three and a half years, and have remained pending following the approval of the I-140 petition for more than three years.

USCIS's most recently published processing times state that the Texas Service Center is processing employment-based I-485 Applications to Adjust Status that have been filed on or before August 25, 2014; therefore, this case is two years and four months outside of normal processing times. Mr. Rahman's former counsel contacted U.S. Citizenship and Immigration Services three times on July 2, 2013, November 6, 2013, and May 8, 2014, respectively; however, no action has been taken on these cases and they remain pending. Therefore, it is respectfully requested that Mr. Rahman and his family's I-485 Applications to Adjust Status be adjudicated as soon as possible.

Please advise of the status of this case and approve the Rahmans' applications to adjust status at the earliest possible time.

Sincerely,

Bryan C. Johnson-Xenitelis, Esq.
Law Offices of Jan Allen Reiner

2

0
0



AMERICAN
IMMIGRATION
LAWYERS
ASSOCIATION

# Case Liaison Assistance

AILA | Inquiry Wizard | My Inquiries | . | Help

---

Inquiry >> Instructions >> Case Information >> Upload Documents >>
**Review and Submit**

* Denotes Required Fields

## Review Inquiry Details

### Attorney Information

**Name:** Bryan Johnson

**Firm:** Law Offices of Jan Allen Reiner

**Member #:** 24850

**Email:** bryan.johnson@janallenreiner.com

**Phone:** (347) 244-6265

**G-28 Status:** Yes, I am the current G-28 Attorney of record.

Attorney Address

### Service Center Information

**Current Location of Case:** Texas Service Center (TSC)

### Immigration Benefit Requested

**Primary form type for your case:** I-485: Application for Adjustment of Status

**File Date:** 4/26/2012

**Receipt Number:** SRC1290271217

**Applicant Name:** Ataur Rahman

**Applicant Date of Birth:** 12/22/1960

**Applicant A Number:** 204085068

**Derivatives associated with this matter:**

has been no RFE since 2012. Therefore, the case is way outside of processing times and there should have been a service request; however because of the erroneous belief about a more recent RFE they were unable to issue the service request.

## Congressional Inquiry

**Note:** The service center cannot pursue both a congressional inquiry and an AILA Liaison inquiry at the same time. Please confirm the following statement.

**I confirm that neither I nor my client(s) have initiated a congressional inquiry on this case.** Yes

## Client Consent

By submitting this case inquiry, you and your client authorize AILA Liaison staff and committee members to review the submitted information and documentation and contact USCIS on your behalf in an effort to resolve the stated problem. In addition, you and your client authorize AILA Liaison staff and committee members to receive information from USCIS on your case.

**I confirm the client consent statement.** Yes

## Related Documents

No Related Documents

## Additional Information

Additional comments or information:

Back | Finish

Copyright © 1993-2015, American Immigration Lawyers Association.
Suite 300, 1331 G Street, NW, Washington, DC 20005
Copyright & Reprint Policy

12/8/2015                                          Visa Bulletin For April 2012

SEARCH 🔍

Set Location      Set Nationality

travel.state.gov > Visas > Law and Policy > Visa Bulletin > **Visa Bulletin For April 2012**

Print     Email

# Visa Bulletin For April 2012

*Number 43*
*Volume IX*
*Washington, D.C.*

View as Printer Friendly PDF

## A. STATUTORY NUMBERS

1. This bulletin summarizes the availability of immigrant numbers during **April.** Consular officers are required to report to the
Department of State documentarily qualified applicants for numerically limited visas; U.S. Citizenship and Immigration Services in
the Department of Homeland Security reports applicants for adjustment of status. Allocations were made, to the extent possible,
in chronological order of reported priority dates, for demand received by **March 9th.** If not all demand could be satisfied, the
category or foreign state in which demand was excessive was deemed oversubscribed. The cut-off date for an oversubscribed
category is the priority date of the first applicant who could not be reached within the numerical limits. Only applicants who have a
priority date earlier than the cut-off date may be allotted a number. If it becomes necessary during the monthly allocation process
to retrogress a cut-off date, supplemental requests for numbers will be honored only if the priority date falls within the new cut-
off date announced in this bulletin.

2. Section 201 of the Immigration and Nationality Act (INA) sets an annual minimum family-sponsored preference limit of 226,000.
The worldwide level for annual employment-based preference immigrants is at least 140,000. Section 202 prescribes that the per-
country limit for preference immigrants is set at 7% of the total annual family-sponsored and employment-based preference limits,
i.e., 25,620. The dependent area limit is set at 2%, or 7,320.

3. INA Section 203(e) provides that family-sponsored and employment-based preference visas be issued to eligible immigrants in
the order in which a petition in behalf of each has been filed. Section 203(d) provides that spouses and children of preference
immigrants are entitled to the same status, and the same order of consideration, if accompanying or following to join the principal.
The visa prorating provisions of Section 202(e) apply to allocations for a foreign state or dependent area when visa demand
exceeds the per-country limit. These provisions apply at present to the following oversubscribed chargeability areas: CHINA-
mainland born, INDIA, MEXICO, and PHILIPPINES.

4. Section 203(a) of the INA prescribes preference classes for allotment of Family-sponsored immigrant visas as follows:

## FAMILY-SPONSORED PREFERENCES

**First: (F1)** Unmarried Sons and Daughters of U.S. Citizens: 23,400 plus any numbers not required for fourth preference.

**Second:** Spouses and Children, and Unmarried Sons and Daughters of Permanent Residents: 114,200, plus the number (if any)
by which the worldwide family preference level exceeds 226,000, plus any unused first preference numbers:

A. **(F2A)** Spouses and Children of Permanent Residents: 77% of the overall second preference limitation, of which 75% are
exempt from the per-country limit;

B. **(F2B)** Unmarried Sons and Daughters (21 years of age or older) of Permanent Residents: 23% of the overall second
preference limitation.

**Third: (F3)** Married Sons and Daughters of U.S. Citizens: 23,400, plus any numbers not required by first and second
preferences.

**Fourth:** (F4) Brothers and Sisters of Adult U.S. Citizens: 65,000, plus any numbers not required by first three preferences.

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is **earlier** than the cut-off date listed below.)

| Family-Sponsored | All Chargeability Areas Except Those Listed | CHINA-mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| F1 | 01APR05 | 01APR05 | 01APR05 | 08MAY93 | 22JUN97 |
| F2A | 08OCT09 | 08OCT09 | 08OCT09 | 01SEP09 | 08OCT09 |
| F2B | 15JAN04 | 15JAN04 | 15JAN04 | 01DEC92 | 08DEC01 |
| F3 | 15FEB02 | 15FEB02 | 15FEB02 | 15JAN93 | 22JUL92 |
| F4 | 08NOV00 | 08NOV00 | 08NOV00 | 01JUN96 | 08JAN89 |

*NOTE: For April, F2A numbers **EXEMPT from per-country limit** are available to applicants from all countries with priority dates **earlier** than 01SEP09. F2A numbers **SUBJECT to per-country limit** are available to applicants chargeable to all countries **EXCEPT MEXICO** with priority dates beginning 01SEP09 and earlier than 08OCT09. (All F2A numbers provided for MEXICO are exempt from the per-country limit; there are no F2A numbers for MEXICO subject to per-country limit.)

5. Section 203(b) of the INA prescribes preference classes for allotment of Employment-based immigrant visas as follows:

**EMPLOYMENT-BASED PREFERENCES**

**First:** Priority Workers: 28.6% of the worldwide employment-based preference level, plus any numbers not required for fourth and fifth preferences.

**Second:** Members of the Professions Holding Advanced Degrees or Persons of Exceptional Ability: 28.6% of the worldwide employment-based preference level, plus any numbers not required by first preference.

**Third:** Skilled Workers, Professionals, and Other Workers: 28.6% of the worldwide level, plus any numbers not required by first and second preferences, not more than 10,000 of which to "*Other Workers".

**Fourth:** Certain Special Immigrants: 7.1% of the worldwide level.

**Fifth:** Employment Creation: 7.1% of the worldwide level, not less than 3,000 of which reserved for investors in a targeted rural or high-unemployment area, and 3,000 set aside for investors in regional centers by Sec. 610 of Pub. L. 102-395.

On the chart below, the listing of a date for any class indicates that the class is oversubscribed (see paragraph 1); "C" means current, i.e., numbers are available for all qualified applicants; and "U" means unavailable, i.e., no numbers are available. (NOTE: Numbers are available only for applicants whose priority date is **earlier** than the cut-off date listed below.)

| Employment-Based | All Chargeability Areas Except Those Listed | CHINA - mainland born | INDIA | MEXICO | PHILIPPINES |
|---|---|---|---|---|---|
| 1st | C | C | C | C | C |
| 2nd | C | 01MAY10 | 01MAY10 | C | C |
| 3rd | 08APR06 | 01MAR05 | 01SEP02 | 08APR06 | 08APR06 |
| Other Workers | 08APR06 | 22APR03 | 01SEP02 | 08APR06 | 08APR06 |
| 4th | C | C | C | C | C |
| Certain Religious Workers | C | C | C | C | C |
| 5th Targeted | C | C | C | C | C |

Employment Areas/
Regional Centers
and Pilot Programs

* Employment Third Preference Other Workers Category: Section 203(e) of the Nicaraguan and Central American Relief Act (NACARA) passed by Congress in November 1997, as amended by Section 1(e) of Pub. L. 105-139, provides that once the Employment Third Preference Other Worker (EW) cut-off date has reached the priority date of the latest EW petition approved prior to November 19, 1997, the 10,000 EW numbers available for a fiscal year are to be reduced by up to 5,000 annually beginning in the following fiscal year. This reduction is to be made for as long as necessary to offset adjustments under the NACARA program. Since the EW cut-off date reached November 19, 1997 during Fiscal Year 2001, the reduction in the EW annual limit to 5,000 began in Fiscal Year 2002.

6. The Department of State has a recorded message with visa availability information which can be heard at: (202) 663-1541. This recording is updated on or about the tenth of each month with information on cut-off dates for the following month.

## B. DIVERSITY IMMIGRANT (DV) CATEGORY

Section 203(c) of the INA provides up to 55,000 immigrant visas each fiscal year to permit additional immigration opportunities for persons from countries with low admissions during the previous five years. The NACARA stipulates that beginning with DV-99, and for as long as necessary, up to 5,000 of the 55,000 annually-allocated diversity visas will be made available for use under the NACARA program. **This resulted in reduction of the DV-2012 annual limit to 50,000**. DV visas are divided among six geographic regions. No one country can receive more than seven percent of the available diversity visas in any one year.

For **April**, immigrant numbers in the DV category are available to qualified DV-2012 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers BELOW the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | |
|---|---|---|
| AFRICA | 39,000 | Except: Egypt 29,500 Ethiopia 29,500 Nigeria 20,000 |
| ASIA | 32,600 | |
| EUROPE | 32,000 | Except: Uzbekistan 16,500 |
| NORTH AMERICA (BAHAMAS) | 9 | |
| OCEANIA | 1,000 | |
| SOUTH AMERICA, and the CARIBBEAN | 1,000 | |

Entitlement to immigrant status in the DV category lasts only through the end of the fiscal (visa) year for which the applicant is selected in the lottery. The year of entitlement for all applicants registered for the DV-2012 program ends as of September 30, 2012. DV visas may not be issued to DV-2012 applicants after that date. Similarly, spouses and children accompanying or following to join DV-2012 principals are only entitled to derivative DV status until September 30, 2012. DV visa availability through the very end of FY-2012 cannot be taken for granted. Numbers could be exhausted prior to September 30.

## C. ADVANCE NOTIFICATION OF THE DIVERSITY (DV) IMMIGRANT CATEGORY RANK CUT-OFFS WHICH WILL APPLY IN MAY

For MAY, immigrant numbers in the DV category are available to qualified DV-2012 applicants chargeable to all regions/eligible countries as follows. When an allocation cut-off number is shown, visas are available only for applicants with DV regional lottery rank numbers BELOW the specified allocation cut-off number:

| Region | All DV Chargeability Areas Except Those Listed Separately | |
|---|---|---|
| AFRICA | 50,000 | Except: Egypt 33,000 |

| | | Ethiopia 33,000<br>Nigeria 25,000 |
|---|---|---|
| ASIA | 40,500 | |
| EUROPE | 40,000 | Except: Uzbekistan 16,500 |
| NORTH AMERICA (BAHAMAS) | 10 | |
| OCEANIA | 1,150 | |
| SOUTH AMERICA, and the CARIBBEAN | 1,150 | |

## D. CHINA-MAINLAND BORN FAMILY FOURTH PREFERENCE

In recent months we have been experiencing very heavy applicant demand in the China-mainland born Family Fourth preference category. Based on the current rate of demand, it is likely that future movement of this cut-off date will slow and possibly stop at some point in the near future. This action will be taken in an effort to keep issuances within the annual numerical limits.

## E. I-601 PROVISIONAL WAIVER

USCIS is considering changes that would allow certain immediate relatives (the spouse, children or parents of a U.S. citizen) who can demonstrate extreme hardship to a U.S. citizen spouse or parent to receive a provisional waiver of the unlawful presence bars before leaving the United States. These new procedures will not apply to the Family-sponsored numerically controlled preference visa categories.

These procedures are not in effect and will not be available to potential applicants until USCIS publishes a final rule in the Federal Register specifying the effective date. USCIS plans to publish a notice of proposed rulemaking in the coming months and will consider all comments received as part of that process before publishing a final rule.

- Do not send an application requesting a provisional waiver at this time. USCIS will reject any application requesting this new process and we will return the application package and any related fees to the applicant. USCIS cannot accept applications until a final rule is issued and the process change becomes effective.
- Be aware that some unauthorized practitioners of immigration law may wrongly claim they can currently file a provisional waiver application (Form I-601) for you. These same individuals may ask you to pay them to file such forms although the process is not yet in place. Please avoid such scams. USCIS wants you to learn the facts about protecting yourself and your family against scammers by visiting uscis.gov/avoidscams.

**If you already have an immigrant visa interview with the U.S. Department of State, we strongly encourage you to attend.** The Department of State may cancel your immigrant visa registration if you fail to appear at this interview.

Those interested in this I-601 provisional waiver issue should consult the USCIS.gov web site for the latest updates.

## F. OBTAINING THE MONTHLY VISA BULLETIN

The Department of State's Bureau of Consular Affairs publishes the monthly Visa Bulletin on their website at www.travel.state.gov under the Visas section. Alternatively, visitors may access the Visa Bulletin directly by going to:

http://www.travel.state.gov/visa/bulletin/bulletin_1360.html

To be **placed on** the Department of State's E-mail subscription list for the "Visa Bulletin", please send an E-mail to the following E-mail address:

**listserv@calist.state.gov**

and in the message body type:
**Subscribe Visa-Bulletin** *First name/Last name*
*(example: Subscribe Visa-Bulletin Sally Doe)*

To be **removed from** the Department of State's E-mail subscription list for the "Visa Bulletin", send an e-mail message to the following E-mail address:

listserv@calist.state.gov

and in the message body type: **Signoff Visa-Bulletin**

The Department of State also has available a recorded message with visa cut-off dates which can be heard at: (202) 663-1541. The recording is normally updated by the middle of each month with information on cut-off dates for the following month.

Readers may submit questions regarding Visa Bulletin related items by E-mail at the following address:

**VISABULLETIN@STATE.GOV**

(This address cannot be used to subscribe to the Visa Bulletin.)

Department of State Publication 9514
CA/VO: March 9, 2012

Law & Policy - In This Section

- Visa Bulletin
- Visa Statistics
- Laws and Regulations
- Visa Policy Updates

STAY CONNECTED

About Us
Visa Newsroom
Reports and Statistics
Laws and Policy

Find a U.S. Embassy or Consulate
Contact Us
Careers
Consular Notification and Access

U.S. Visa

This site is managed by the Bureau of Consular Affairs, U.S. Department of State.

12/8/2015                             U.S. Citizenship and Immigration Services - USCIS Processing Time Information



**U.S. Citizenship
and Immigration
Services**

Home | Español | Site Map

Search        Search

FORMS          NEWS          RESOURCES          LAWS          OUTREACH          ABOUT US

## USCIS Processing Time Information

Print This Page     Back

### USCIS Processing Time Information for the
### Texas Service Center

#### Instructions for Using the Chart

The chart will show most of the types of forms processed at the field office or service center. You can select the form type that applies to your case from the drop-down menu.

If the field office or service center is meeting its goal for processing a form, you will find the timeframe listed in months. For example, if the office is processing Form N-400 naturalization applications in five months or less, then the chart will say "5 months." However, if the office is experiencing a processing delay, you will find the filing date of the last case that the office completed before updating the chart.

#### Important Information About Form I-765, Application for Employment Authorization

You can now submit inquiries about the status of your Form I-765 after your case has been pending more than 75 days.

- Please note that for Form I-765 category (c)(8), based on a pending asylum application, the processing timeframes listed only apply to an initial filing.
- Please note that the 90-day period for adjudicating Form I-765 category (c)(33) filed together with Form I-821D, requesting deferred action for childhood arrivals, does not begin until we have made a decision on your request for deferred action.

Field Office Processing Dates for Texas Service Center as of: September 30, 2015

| | | Classification or Basis for Case | Processing Timeframe |
|---|---|---|---|
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | February 26, 2015 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | February 23, 2015 |
| I-129F | Petition for Alien Fiance(e) | K-3/K-4 - Already married - spouse and/or dependent child | February 23, 2015 |
| I-130 | Petition for Alien Relative | Permanent resident filing for a spouse or child under 21 | 5 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | 5 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | 5 Months |
| I-130 | Petition for Alien Relative | Permanent resident filing for an unmarried son or daughter over 21 | 5 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | 5 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | 5 Months |
| I-131 | Application for Travel Document | Refugee or asylee applying for a refugee travel document | 3 Months |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | 3 Months |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | June 28, 2015 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | June 28, 2015 |
| I-131 | Application for Travel Document | All other applicants for advance parole | June 28, 2015 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | April 3, 2015 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | February 2, 2015 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | 4 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 5 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | March 5, 2015 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | 4 Months |

12/8/2015       U.S. Citizenship and Immigration Services - USCIS Processing Time Information

| I-601 | Application for Waiver of Grounds of Inadmissibility | Waiver of Grounds of Inadmissibility | 4 Months |
|---|---|---|---|
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | 5 Months |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | 6 Months |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 3 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on an approved, concurrently filed, I-821D, Consideration of Deferred Action for Childhood Arrivals (c)(33). | July 16, 2015 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | April 5, 2015 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | March 30, 2015 |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Request for Deferred Action | March 17, 2015 |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Renewal | June 16, 2015 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | February 24, 2015 |
| N-565 | Application for Replacement Naturalization/Citizenship Document | U.S. citizen applying for a replacement of naturalization or citizenship certificate | 6 Months |

Print This Page    Back

Last Updated: November 17, 2015

4/20/2015                        U.S. Citizenship and Immigration Services - USCIS Processing Time Information



U.S. Citizenship
and Immigration
Services

Home | Español | Site Map

Search                    

| FORMS | NEWS | RESOURCES | LAWS | OUTREACH | ABOUT US |

## USCIS Processing Time Information

[ Print This Page ]  [ Back ]

### USCIS Processing Time Information for the
### Texas Service Center

Posted: April 13, 2015

### Instructions for Using the Chart

The chart will show most of the types of forms processed at the field office or service center. You can select the form type that applies to your case from the drop-down menu.

If the field office or service center is meeting its goal for processing a form, you will find the timeframe listed in months. For example, if the office is processing Form N-400 naturalization applications in five months or less, then the chart will say "5 months." However, if the office is experiencing a processing delay, you will find the filing date of the last case that the office completed before updating the chart.

### Important Information About Form I-765, Application for Employment Authorization

You can now submit inquiries about the status of your Form I-765 after your case has been pending more than 75 days.

- Please note that for Form I-765 category (c)(8), based on a pending asylum application, the processing timeframes listed only apply to an initial filing.
- Please note that the 90-day period for adjudicating Form I-765 category (c)(33) filed together with Form I-821D, requesting deferred action for childhood arrivals, does not begin until we have made a decision on your request for deferred action.

Field Office Processing Dates for Texas Service Center as of: February 28, 2015

| | | | |
|---|---|---|---|
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | May 3, 2014 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | August 23, 2014 |
| I-129F | Petition for Alien Fiance(e) | K-3/K-4 - Already married - spouse and/or dependent child | August 23, 2014 |
| I-130 | Petition for Alien Relative | Permanent resident filing for a spouse or child under 21 | 5 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | 5 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | 5 Months |
| I-130 | Petition for Alien Relative | Permanent resident filing for an unmarried son or daughter over 21 | 5 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | 5 Months |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | 5 Months |
| I-131 | Application for Travel Document | Refugee or asylee applying for a refugee travel document | 3 Months |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | 3 Months |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | November 28, 2014 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | November 28, 2014 |
| I-131 | Application for Travel Document | All other applicants for advance parole | November 28, 2014 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | October 5, 2014 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | October 5, 2014 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | October 5, 2014 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | 4 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 5 Months |

4/20/2015                          U.S. Citizenship and Immigration Services - USCIS Processing Time Information

| | | | |
|---|---|---|---|
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 25, 2014 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | September 19, 2014 |
| I-601 | Application for Waiver of Grounds of Inadmissibility | Waiver of Grounds of Inadmissibility | 4 Months |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | 5 Months |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | 6 Months |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 3 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | 3 Months |
| I-765 | Application for Employment Authorization | Based on an approved, concurrently filed, I-821D, Consideration of Deferred Action for Childhood Arrivals (c)(33). | 90 Days |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 3 Months |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | April 27, 2014 |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Request for Deferred Action | 6 Months |
| I-821D | Consideration of Deferred Action for Childhood Arrivals | Renewal | 3.5 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | April 29, 2014 |
| N-565 | Application for Replacement Naturalization/Citizenship Document | U.S. citizen applying for a replacement of naturalization or citizenship certificate | May 13, 2014 |

[ Print This Page ] [ Back ]

Contact Us                         White House.gov                  U.S. Department of Homeland Security      Freedom of Information Act (FOIA)
Site Map (Index)                   US Department of State           US Customs & Border Patrol               No FEAR Act
Careers at USCIS                   USA.gov                          US Immigration & Customs Enforcement     Website Policies
Adobe PDF Reader                                                                                             Privacy Policy
Windows Media Player                                                                                         Accessibility

U.S. Department of Homeland Security
P.O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE, TX 75185

U.S. Citizenship and
Immigration Services

Tuesday, May 19, 2015

MD ATAUR RAHMAN
41-44 72ND ST FL 2
WOODSIDE NY 11377

Dear Md Ataur Rahman:

On 05/08/2015 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Rahman, Jan |
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | REHNER, JAN |
| **Case Type:** | I485 |
| **Filing date:** | 04/26/2012 |
| **Receipt #:** | SRC-12-900-71217 |
| **Referral ID:** | WKD1281192790TSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A094085063 |
| **Type of service requested:** | Other |

The status of this service request is:

On 05/08/2015, you or your representative contacted USCIS concerning your I-485 to notify us that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the same has been or may be resolved.

Our records show that your I-485 is currently pending adjudication. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay.

We hope this information is helpful and appreciate your continued patience.

XX4 1319

**What You Can Do**

Please see the "Online Services" below to check the status of your case in the future.

We hope this information is helpful to you.

Online Services

We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:

* Using our Case Status Online tool;

U.S. CIS -05-19-2015 11:40 AM CDT - SRC-12-900-71217

- Signing up for case status updates;
- Checking processing times;
- Submitting an e-Request to inquire about certain applications and petitions;
- Using our Office Locator;
- Using InfoPass to schedule an appointment; and
- Downloading forms.

Address Changes

If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ac-11, and click on "Change Your Address Online."

For More Information

If you do not find the information you need through our online services and need further assistance, you may contact our National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

U.S. CIS - 05-19-2010 11:49 AM CDT - SRC-12-902-71517