UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ATAUR RAHMAN,

                                                    **STIPULATION AND
                                                    ORDER OF DISMISSAL
                                                    WITH PREJUDICE**

                    Plaintiff,
                                                    Civil Action No.
          v.                                        CV-15-07317

LORETTA LYNCH, *et al.*,                            (Dearie, J.)


                    Defendants.

-------------------------------------------------------------------x


          IT IS HEREBY STIPULATED AND AGREED, by and between the parties to

the above-captioned action that:

          1.  This action shall be dismissed with prejudice, with each party to bear its own

costs, expenses, and fees.

          2.  The Clerk of the Court is directed to enter judgment accordingly.


Dated: New York, New York               JAN ALLEN REINER, ESQ.
       August 17, 2016                  *Counsel for Plaintiff*
                                        225 Broadway, Suite 840
                                        New York, New York 10007


                          By:     /s/ Jan Allen Reiner_____
                                  JAN ALLEN REINER
                                  (212) 925-1919

*Rahman v. Lynch, et al.*, Civ. No. 15-CV-07317 (Dearie, J.)
**Stipulation and Order of Dismissal With Prejudice**
**Page 2**

Dated: Brooklyn, New York         ROBERT L. CAPERS
     August 17, 2016         United States Attorney
                                    *Counsel for Defendants*
                                    Eastern District of New York
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

By:   */s/ Matthew J. Mailloux*
        MATTHEW J. MAILLOUX
        Assistant U.S. Attorney
        (718) 254-6176

SO ORDERED this

_____ day of August, 2016

_____
HONORABLE RAYMOND J. DEARIE
United States District Judge